IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EARL HISSONG, SR., | 1:11-cv-01397-SKO (PC) |
| Plaintiff, | ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 45 DAYS |
| vs. | |
| TULARE COUNTY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil action on August 22, 2011. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause.** **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   August 23, 2011**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

-1-