1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  TIMOTHY EARL HISSONG, SR.,                    CASE NO. 1:11-cv-01397-SKO PC

10                        Plaintiff,             ORDER DIRECTING CLERK OF THE COURT
                                                 TO ADMINISTRATIVELY REDESIGNATE
11          v.                                   CASE AS A REGULAR CIVIL ACTION AND
                                                 ASSIGN A DISTRICT JUDGE
12  TULARE COUNTY, et al.,

13                        Defendants.
    _____/
14

15          On August 22, 2011, Plaintiff Timothy Earl Hissong, Sr., an inmate at Salinas Valley State

16  Prison proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The action was

17  administratively designated as one involving a prisoner litigating the conditions of his confinement.

18  The Court has reviewed the complaint and determined that the present action involves the alleged

19  violation of Plaintiff's right to confidentiality by Kaweah Delta Hospital.

20          Accordingly, the Clerk of the Court SHALL change the administrative designation of the

21  present case to reflect that of a regular civil rights action (440) and assign a United States District

22  Judge.

23

24  IT IS SO ORDERED.

25  **Dated:    September 9, 2011**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

1