# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EARL HISSONG, SR., | CASE NO. 1: 11- CV-1397 LJO BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| KAWEAH DELTA HOSPITAL, TULARE COUNTY MENTAL HEALTH HOSPITAL, TULARE COUNTY, CALIFORNIA DEPARTMENT OF CORRECTIONS, THE STATE OF CALIFORNIA AND TULARE COUNTY | |
| Defendants.    / | |

Plaintiff Timothy Hissong ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 302, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.    The Findings and Recommendations, filed November 15, 2011, is adopted in full.

3     IT IS SO ORDERED.

4     **Dated:   December 27, 2011**          /s/ **Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE