1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9   TIMOTHY EARL HISSONG, SR.,                CASE NO. 1: 11- CV-1397 LJO BAM

10                          Plaintiff,         ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
11           v.

12   KAWEAH  DELTA  HOSPITAL,  TULARE
     COUNTY MENTAL HEALTH HOSPITAL,
13   TULARE    COUNTY,    CALIFORNIA
     DEPARTMENT OF CORRECTIONS, THE
14   STATE  OF  CALIFORNIA  AND  TULARE
     COUNTY
15
                          Defendants.
16   _____/

17
18           Plaintiff Timothy Hissong ("Plaintiff") is a state prisoner proceeding pro se and in forma
19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United
20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
21           On November 15, 2011, the Magistrate Judge filed a Findings and Recommendations herein
22   which was served on the parties and which contained notice to the parties that any objections to the
23   Findings and Recommendations were to be filed within thirty days.  The parties have not filed timely
24   objections to the Findings and Recommendations.
25           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 302, this Court
26   has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court
27   finds the Findings and Recommendations to be supported by the record and by proper analysis.
28

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed November 15, 2011, is adopted in full.

IT IS SO ORDERED.

**Dated:     December 27, 2011              /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE