UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EARL HISSONG, SR., | 1:11-CV-01397 LJO BAM HC |
| Petitioner, | ORDER DISMISSING MISCELLANEOUS MOTIONS |
| v. | [Docs. #14, 20, 21] |
| TULARE COUNTY, et al., | |
| Respondents. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 29, 2012, the Court dismissed the petition as successive and judgment was entered. Previously, on September 13, 2011, November 2, 2011, and November 7, 2011, Petitioner filed miscellaneous motions which essentially asked the Court to grant the petition. As the case has been dismissed, the motions are now moot.

    Accordingly, IT IS HEREBY ORDERED that Petitioner's motions are DISMISSED.

    IT IS SO ORDERED.

**Dated:   June 1, 2012**                    **/s/ Barbara A. McAuliffe**
                                                                        UNITED STATES MAGISTRATE JUDGE